| | |
|---|---|
| WILLIAM MICHAEL PISTOLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI,[1] ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No. 3:20-CV-00249-DCP |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Judgment on the Pleadings [**Doc. 21**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 25**] is **GRANTED**.  The decision of the Commissioner is **AFFIRMED**.  The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration ("the SSA") on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.  *See* 42 U.S.C. § 405(g).